# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00402-CV

**In re Leon Posada**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   June 27, 2018